## INDEX OF EXHIBITS

**A:** **LEIN Printout Dated 10-30-2017**

**B:** **Plaintiff Monique Bass Deposition Testimony**

**C:** **Preliminary Examination Transcript**

**D:** **Defendant Eugene Bomber Deposition Testimony**

**E:** **Defendant Johanna Todd Deposition Testimony**

**F:** **Bridgitte Murphy Deposition**