# EXHIBIT A

```
10/30/17 | 10:50:01.30  | LEIN | RE: WRIGHT/MONIQUE// BF 11/06/1967
48284
A LEIN 48284 11424 10/30/17 1050 DDBGCOMP.
MI8234910
RE: WRIGHT/MONIQUE// BF 11/06/1967
FOR: TODD/10 PDU
OPR: QUINNJOHNSONJ453

CAUTION-CAUTION-:OTHER

NAM:                            DOB:
RAC:BLACK   SEX:FEMALE  HGT:502  WGT:120
HAI:BLACK   EYE:BROWN   OLN:              OLS:MI   SOC:
FBI:              PRN:
MNU              SID             SMT:SC R KNEE
ADDNL SMT:PRCD L EAR
ADDNL SMT:PRCD R EAR
ADD:                     BENTON HARBOR  MI  49022  POB:MI


OFF:MISDEMEANOR FOR TRESPASSING
CIT:750.552 (TRESPASS)
OCA:                  DOW:
COURTORI              05TH DIST ST JOSEPH
CRTDOCKETNO:
PICKUP:WILL PICKUP WITHIN 100 MILES
REMARKS:LODGED AT BCJ BY SGT MELCHER
ALIAS NAME
ALIAS NAME
ALIAS NAME:
ADDNL SOC
ADDNL OLN:              MI 2014
LAWORI:           BENTON TWP

ENTERED LEIN:03/05/2014  1518 HRS
MODIFIED LEIN:03/05/2014  1542 HRS
**CANCELED:08/28/2017  1005 HRS
**CANCEL OPR:LNAPIER
SYSIDNO:
ENTERED BY MI110025J-CT  05TH DIST ST JOSEPH
********************************************************

NAM:WRIGHT/MONIQUE//            DOB:04/18/1967
RAC:BLACK  SEX:FEMALE  HGT:506  WGT:220
HAI:BLACK  EYE:BROWN   SOC: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
ADD:16108 WEDDEL   TAYLOR  MI


OFF:FELONY FOR FORGERY OF CHECKS
OCA:0062366   DOW:11/13/2000
COURTORI:MI820365J-CT  36TH DISTRICT
CRTDOCKETNO:0062366
PICKUP:WILL PICKUP STATEWIDE
REMARKS:COURT CANCELLED
ALIAS NAME:POOLE/KIMBERLY/MONICE/
LAWORI:MI8234900-PD  DETROIT


ENTERED LEIN:01/09/2001  2111 HRS
MODIFIED LEIN:08/08/2015  0209 HRS
**CANCELED:06/01/2017  1026 HRS
**CANCEL OPR:FLOYDK010
SYSIDNO:11811987
```



EXHIBIT ert
BASS
2
3-30-17

```
ENTERED BY MI8234900-PD  DETROIT
*************************************************
```

|  |  |  |  |  |
|---|---|---|---|---|
| ▮▮▮ | U F ▮▮▮ | MENTAL | ▮▮▮ |  |
|  | DETROIT |  |  |  |
| ▮▮▮ | B F ▮▮▮ | MISDE | ▮▮▮ |  |
| O | KALAMAZOO |  | 08TH DIST KALAMAZO |  |
| ▮▮▮ | B F ▮▮▮ | BENCH | ▮▮▮ |  |
|  | DETROIT |  | -27TH DIST CT WYANDOTTE |  |
| ▮▮▮ | B F ▮▮▮ | BENCH | ▮▮▮ |  |
|  | WARREN |  | 36TH DISTRICT |  |
| ▮▮▮ | B F ▮▮▮ 9 | BENCH |  |  |
|  | DETROIT |  | 36TH DISTRICT |  |